In the Matter of VINCENT J. COLUCCI et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Argued October 4, 1954; decided October 14, 1954.

*Monroe I. Katcher, II,* for appellants.

*Alvin McKinley Sylvester* and *Emanuel D. Black* for respondents.

Appeal dismissed, with costs, upon the ground that there is no substantial constitutional question involved. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.